**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

v.                                        Case No. 8:09-cv-2309-T-23TBM

**WASHINGTON DATA RESOURCES,**
**et al.,**

    **Defendants.**
                                        /

## REPORT AND RECOMMENDATION

THIS MATTER is before the court on a referral by the Honorable Steven D. Merryday "for a preliminary injunction hearing, at which the defendants shall show cause--- why pending a final decision on the merits of the Commission's complaint---a preliminary injunction should not issue enjoining the defendants from further violations of the FTC Act and the TSR, continuing the freeze of the defendants' assets, and imposing such additional relief as may be appropriate." (Doc. 19 at 14). The hearing was conducted on November 23, 2009.

At the conclusion of the hearing, counsel for the FTC and Defendant Brent McDaniel, who is proceeding *pro se*, announced their agreement that the TRO and asset freeze should be modified to permit McDaniel to have full and free use of $7,000.00 cash presently in his personal custody for living expenses and/or legal fees.[1] According to McDaniel (and

---
[1] This agreement is part of the larger discussion had by FTC counsel and McDaniel to arrive at a stipulated preliminary injunction, which they hope to achieve shortly.

undisputed by the FTC), he is presently unemployed and without other sources of funds. There being good cause to modify the TRO as requested, it is so recommended. Given that the stipulation was announced on the record and counsel for the remaining parties evidenced no objection, I recommend that the statutory objection period be waived and that the court enter its order at its earliest convenience.

    Respectfully submitted on this
    23rd day of November 2009.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge
Counsel of Record