UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                          CASE NO.: 8:09-cv-2309-T-23TBM

WASHINGTON DATA RESOURCES,
et al.,

    Defendants.
_____/

**ORDER**

On November 23, 2009, Magistrate Judge Thomas B. McCoun, III, held a preliminary injunction hearing pursuant to a November 13, 2009, order (Doc. 19) granting in part the Commission's motion for a temporary restraining order and asset freeze. At the preliminary injunction hearing, the Commission and the defendant, Brent McDaniel, stipulated to a modification of the asset freeze as to McDaniel. The modification would allow McDaniel access to $7,000.00 for any living expense or legal fee. (Doc. 41) The parties' agreement is part of a broader discussion on a possible stipulated preliminary injunction. Accordingly, Magistrate Judge McCoun recommends (Doc. 41) modifying the asset freeze. Because the stipulation was entered on the record and no defendant objects, Magistrate Judge McCoun recommends adopting the asset freeze modification. See 28 U.S.C. § 636(b)(1)(C).

Upon consideration, the report and recommendation (Doc. 41) is **ADOPTED**. The asset freeze (Doc. 19) is modified as to McDaniel to allow McDaniel access to $7,000.00 to pay a bona fide living expense or legal fee.

ORDERED in Tampa, Florida, on November 24, 2009.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE