UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                            CASE NO.: 8:09-cv-2309-T-23TBM

WASHINGTON DATA RESOURCES,
et al.,

    Defendants.
_____/

**ORDER**

On June 22, 2011, the Eleventh Circuit Court of Appeals issued as a mandate (Doc. 383) an order vacating and remanding the freeze of the defendant Richard Bishop's assets and directing "the district court to determine whether the asset freeze corresponds with a reasonable approximation of Bishop's unjust enrichment, in accordance with equitable principles." An order (Doc. 363) referred for a report and recommendation the Commission's motion (Doc. 360) for a modified preliminary injunction. Magistrate Judge Thomas B. McCoun issues a report (Doc. 396) that recommends an asset freeze that amounts to $698,000.00. However, Judge McCoun recommends that the asset freeze exclude "those specified accounts which bear no nexus to the alleged improper activities or Bishop's personal residence, which appears at present to have no equity." Both the Commission and Bishop object (Docs. 399, 400).

The mandate of the circuit court of appeals appears to require denial of each objection (although, absent that mandate, which the parties and the court find somewhat opaque, I would sustain the objections of the Commission).  Accordingly, the objections (Docs. 399, 400) are **OVERRULED**, and the Magistrate Judge's report and recommendation (Doc. 396) is **ADOPTED**.  The Commission's motion (Doc. 360) is **GRANTED IN PART** and **DENIED IN PART**, and no more than **$698,000.00** of Bishop's assets (which include Bishop's trust accounts) are frozen.  The asset freeze excludes Bishop's jointly held personal residence, Bishop's "Scottrade" account in the name of Hemisphere Partners, Bishop's Gold Money Account, Bishop's jointly held "Scottrade" account, and an account holding $12,155 (which appears to be a Bank of America checking account).

ORDERED in Tampa, Florida, on August 12, 2011.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE